RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
State Bar No. 8540
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Mark Han

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:14-cr-278-JAD-VCF |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | (Third Request) |
| MARK HAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Amber M. Craig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for MARK HAN, that the sentencing hearing currently scheduled for Tuesday, August 18, 2015 at the hour of 10:00 a.m., be vacated and set to a date and time convenient to this Court but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel is scheduled for surgery on August 14, 2015 and is expected to be on medical leave approximately two (2) weeks.

2. Defense counsel is still awaiting additional mitigation information to arrive for purposes of his sentencing.

3. This is the third stipulation to continue filed herein.

1

1      DATED this 29th day of July, 2015.

2

3     RENE L. VALLADARES         DANIEL BOGDEN
    Federal Public Defender         United States of Attorney
4

    */s/ Raquel Lazo*               */s/ Amber M. Craig*

5 By: _____    By: _____
    RAQUEL LAZO,               AMBER M. CRAIG,

6     Assistant Federal Public Defender    Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:14-cr-278-JAD-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| MARK HAN, | |
| Defendant. | |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, August 18, 2015 at the hour of 10:00 a.m., be vacated and continued to Tuesday, September 22, 2015, at 10:00 a.m. in Courtroom #6D.

DATED this 3rd day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE

3