RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Mark Han

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK HAN,<br><br>　　　　　Defendant. | Case No. 2:14-cr-278-JAD-VCF<br><br>**UNOPPOSED MOTION TO CONTINUE SELF SURRENDER DATE** |

Comes now the defendant, Mark Han, by and through his counsel of record, Raquel Lazo, Assistant Federal Public Defender, and hereby moves this court for an order to continue his self surrender date for ninety (90) days. This motion is supported by the following Memorandum of Points and Authorities.

DATED this 27th day of October, 2015.

　　　　　　　　　　　　　　　　　RENE L. VALLADARES
　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　By:　*/s/Raquel Lazo*
　　　　　　　　　　　　　　　　　RAQUEL LAZO
　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　Attorney for Jose Jesus Gomez-Cabrera

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. Mr. Han is required to voluntarily surrender on November 23, 2015, before 12:00 p.m. See Minutes (#39).

2. Mr. Han seeks a continuance of his surrender date to permit him to finish a project with his employer. He has been working on this project for quite some time and he and his boss would like for him to be able to conclude it. The opportunity to finish this project will also permit Mr. Han the ability to earn some extra money to be saved and used for when he is released from custody.

3. . Mr. Han's Pretrial Services Officer, Kamu Kapanui, has no opposition. Mr. Han is in full compliance.

4. The government also has no opposition.

DATED this 27th day of October, 2015.

        Respectfully Submitted,

        RENE L. VALLADARES
        Federal Public Defender

        */s/ Raquel Lazo*
By:_____
        RAQUEL LAZO,
        Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>MARK HAN,<br><br>       Defendant. | Case No. 2:14-cr-278-JAD-VCF<br><br>**PROPOSED ORDER** |

    IT IS HEREBY ORDERED that Defendant Mark Han, have his self surrender day continued to February 23, 2016 _.

    DATED this_ 28th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 28, 2015, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**. by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
AMBER CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

                              */s/ Karen Meyer*
                              Employee of the Federal Public Defender