RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Mark Han

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>MARK HAN,<br><br>             Defendant. | Case No. 2:14-cr-278-JAD-VCF<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS TO PERMIT TRAVEL**<br><br>**(Expedited Treatment Requested)** |

Comes now the defendant, Mark Han, by and through his counsel of record, Raquel Lazo, Assistant Federal Public Defender, and hereby files this Unopposed Motion to Modify Conditions to Permit Travel. This request is based on the Points and Authorities attached hereto.

DATED this 2nd of February, 2016

                                     RENE L. VALLADARES
                                     Federal Public Defender

                              By:    */s/Raquel Lazo*
                                     RAQUEL LAZO
                                     Assistant Federal Public Defender
                                     Attorney for Mark Han

## POINTS AND AUTHORITIES

1)   On August 7, 2014, Mr. Han was released on PR Bond with conditions. He was ordered to surrender his passport to pretrial services and his travel was limited to Clark County, Nevada.

2)   On January 21, 2016, this court granted Mr. Han's request to modify his conditions to permit him to travel to Denver, Colorado to attend a football game. Order (#47). Mr. Han's boss, Josh Gust, was rewarding a couple of his employees with tickets to see the game. Due to bad weather conditions, the group was unable to travel.

3)   Mr. Han now seeks permission to travel to Glendale, Arizona for a hockey game. Mr. Gust is taking the group and Mr. Han will be traveling with him. As this court may recall, Mr. Gust attended Mr. Hans' sentencing. Mr. Han will leave on Thursday February 4, 2016 and return the following day on Friday February 5, 2016.

4)   Both the government and Pretrial Officer Kapanui have no opposition to Defendant's request.

Dated 2nd day of February, 2016.

Respectfully submitted,

By:  /s/Raquel Lazo
RAQUEL LAZO
Assistant Federal Public Defender
Attorney for Mark Han

**IT IS SO ORDERED**: _____
UNITED STATES DISTRICT JUDGE

DATED: February 2, 2016.

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on February 2, 2016, he served an electronic copy of the above and foregoing Unopposed Motion to Modify Conditions to Permit Travel (Expedited Treatment Requested) by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
Pamela Martin
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

*/s/ Brandon Thomas*
Employee of the Federal Public Defender