RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Mark Han

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK HAN,<br><br>　　　　Defendant. | Case No. 2:14-cr-278-JAD-VCF<br><br>**AMENDED UNOPPOSED MOTION TO CONTINUE SELF SURRENDER DATE**<br><br>**(2ND REQUEST)** |

　　Comes now the defendant, Mark Han, by and through his counsel of record, Raquel Lazo, Assistant Federal Public Defender, and hereby moves this court for an order to continue his self-surrender date for sixty (60) days. This request is based on the Points and Authorities attached hereto.

　　DATED this 2nd of February, 2016

　　　　　　　　　　　　　　　　　　RENE L. VALLADARES
　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　By:　*/s/Raquel Lazo*
　　　　　　　　　　　　　　　　　　RAQUEL LAZO
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　Attorney for Mark Han

## POINTS AND AUTHORITIES

1. Mr. Han is required to voluntarily surrender on February 23, 2015. *See* Minutes (#42).

2. Mr. Han previously requested a continuance of his self-surrender date to permit him to finish a project with his employer, Joshua Gust. There were a few delays with the project. Mr. Han's employer has now secured the contract with the client and desires Mr. Han's assistance to finalize the terms of the contract. The opportunity to finish this project will also permit Mr. Han the ability to earn some extra money to be saved and used for when he is released from custody. It is anticipated that this is a contract and client that Mr. Han will continue to work on from within custody (on a limited basis) and after he is released from his term of incarceration.

3. Mr. Han's Pretrial Services Officer, Kamu Kapanui, has no opposition. Mr. Han is in full compliance.

4. The government also has no opposition.

Respectfully submitted,

By: /s/Raquel Lazo
RAQUEL LAZO
Assistant Federal Public Defender
Attorney for Mark Han

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK HAN,<br><br>　　　　Defendant. | Case No. 2:14-cr-278-JAD-VCF<br><br>**PROPOSED ORDER** |

　　　IT IS HEREBY ORDERED that Defendant Mark Han, have his self-surrender day continued to April 23, 2016.

　　　DATED this 3rd day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on January 21, 2016, he served an electronic copy of the above and foregoing Unopposed Motion to Continue Self Surrender Date by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
Amber Craig
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

　　　　　　　　　　　　　　　　　*/s/ Brandon Thomas*
　　　　　　　　　　　　　　　　　Employee of the Federal Public Defender